# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1124
_____

B.W., Mother of C.N.R.D., A
Minor Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Steven C. Warrick, Judge.

December 30, 2025

PER CURIAM.

    AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

B.H., a.k.a B.W., pro se, Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, for Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Statewide Guardian ad Litem Office, Tallahassee.

Jamie Billotte Moses, MMPO, Orlando, for Pro Bono Guardian ad Litem.